UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC EUGENE GREEN, | No. 2:16-cv-2163 WBS CKD P |
| Plaintiff, | |
| v. | ORDER |
| A. CHAVEZ, et al., | |
| Defendants. | |

Plaintiff has filed a motion for extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 16) is granted;

2. Plaintiff is granted 60 days from the date of this order in which to file an amended complaint.

Dated: November 29, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/md; gree2163.36